No. 40606.—Protest 970252-G of Hormann Schutte & Co., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 7, 1939

No. 40607.—Protest 946383-G/11313 of S. Jackson & Son. Inc. (New Orleans).

Opinion by CLINE, J. There was no appearance on the part of the plaintiff when the case was called for trial. On the record presented the protest was overruled.

No. 40608.—Protests 823948-G, etc., of American Lecithin Corp. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 40609.—Protests 723686-G, etc., of Advance Solvents & Chemical Corp. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 40610.—Petition 5599-R of Railway Express Agency, Inc., et al. (Ogdensburg).

Opinion by KEEFE, J. It appeared that the importer did not have any knowledge of customs requirements in relation to the entry of merchandise. This was his first purchase in a foreign market. The importer relied upon the statement of the sales agent for the Canadian exporter as to the amount of duty he would be obliged to pay and was deceived in the fact that he was not told where the goods were produced or what he might expect to encounter on entry. When this is considered in connection with the fact that the express company sent the declaration to the importer to sign as the nominal consignee, the court was inclined to believe that the importer was without any intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted. *Clark* v. *United States* (T. D. 44142) cited. Evans, J., dissented.